UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-00724

**Antonio Hernandez,**
*Petitioner,*

v.

**Fannin County Jail,**
*Respondent.*

**O R D E R**

Petitioner Antonio Hernandez filed a pro se petition for a writ of mandamus asking this court to "command" Fannin County Jail to provide certain medical care. Doc. 1. The case was referred to a magistrate judge. Doc. 2. The magistrate judge issued a report recommending that the petition be dismissed as frivolous with prejudice as to its refiling in federal court but without prejudice as to petitioner's right to seek mandamus relief in state court. Doc. 7 at 2. The report explained that federal district courts lack jurisdiction to issue writs of mandamus against a state or county actor or agency. *Id.* at 1–2. Petitioner filed no objections.

When no objections to a report are filed, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition is dismissed as frivolous. The dismissal is with prejudice as to the petition's refiling in federal court but without prejudice as to petitioner's right to seek mandamus relief in state court. Any pending motions are denied as moot.

*So ordered by the court on December 11, 2025.*

J. CAMPBELL BARKER
United States District Judge